IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01591-WYD-KLM

800 ADEPT, INC.

    Plaintiff,

v.

AT&T MOBILITY LLC,

    Defendants.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Non-Party Intrado's Unopposed Motion for Protective Order and [Proposed] Stipulated Protective Order** [Docket no. 1; Filed July 28, 2008] (the "Motion"). Nonparty Intrado was served with a subpoena in a case pending before the District Court for the Eastern District of Texas. The subpoena was issued from this Court. Intrado, a resident of this judicial district, seeks an order from this Court to protect the confidentiality of certain documents and information sought in the subpoena.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. Pursuant to Fed. R. Civ. P. 26(c), "[a] party or any person from whom discovery is sought may move for a protective order *in the court where the action is pending*" (emphasis added). Although a case was apparently opened in this district for the purpose of issuing a protective order, the underlying subpoena seeks documents in connection with the dispute pending before the Texas federal court. That court must enter any protective order, pursuant to Rule 26(c). Further, while a motion to quash or modify a subpoena must be brought before the court who issued the subpoena, Intrado does not move to quash or modify the subpoena. *See* Fed. R. Civ. P. 45(c)(3)(A). Because this Motion is properly brought before the court where the substantive action is pending, the Motion is denied.

Dated: July 30, 2008

                                                      BY THE COURT:

                                                      s/ Kristen L. Mix
                                                      U.S. Magistrate Judge
                                                      Kristen L. Mix